134 A.3d 444

IN THE MATTER OF GERALD M. SALUTI, AN ATTORNEY AT LAW (ATTORNEY NO. 041631992).

May 5, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–120, concluding that **GERALD M. SALUTI,** formerly of **NEWARK,** who was admitted to the bar of this State

in 1992, and who has been suspended from the practice of law since February 28, 2014, by Order of the Court filed January 31, 2014, violated *RPC* 1.5(b) (failure to provide client with a writing setting forth the basis or rate of the fee), and that he should receive no additional discipline for the single violation of *RPC* 1.5(b), the Board having determined that said violation would not have increased the three-month term of suspension ordered on January 31, 2014, had the violation been considered with that matter;

And good cause appearing;

It is ORDERED that no additional discipline be imposed for respondent's unethical conduct in DRB 15–120.